

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
North Shore Sanitary District for the use and benefit of Great American Insurance Company

v.

Travelers Casualty and Surety Company of America,

Case Number: KC

**FILED**
NOV 0 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

North Shore Sanitary District for the use and benefit of Great American Insurance Company

07CV6322
JUDGE ZAGEL
MAGISTRATE JUDGE COX

| | |
|---|---|
| NAME (Type or print) | |
| Jennifer A. Nielsen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ | |
| FIRM | |
| Lyman & Nielsen | |
| STREET ADDRESS | |
| 1301 W. 22nd Street, Suite 914 | |
| CITY/STATE/ZIP | |
| Oak Brook, IL 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6224821 | (630)575-0020 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |