U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
North Shore Sanitary District for the use and benefit of Great American Insurance Company

v.

Travelers Casualty and Surety Company of America,

Case Number:

FILED
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6322
JUDGE ZAGEL
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

North Shore Sanitary District for the use and benefit of Great American Insurance Company

| | |
|---|---|
| NAME (Type or print) Ryan A. Hiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ | |
| FIRM Lyman & Nielsen | |
| STREET ADDRESS 1301 W. 22nd Street, Suite 914 | |
| CITY/STATE/ZIP Oak Brook, IL 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6274367 | TELEPHONE NUMBER (630)575-0020 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |