IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| North Shore Sanitary District for the use and benefit of Great American Insurance Company,<br><br>*Plaintiff*<br><br>v.<br><br>Travelers Casualty and Surety Company of America,<br><br>*Defendant*. | **FILED**<br>MAR 0 3 2008<br>3-3-2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>Case No.: 07 C 6322<br>Assigned Judge: Judge Zagel<br>Designated Magistrate Judge: Judge Cox |

## NOTICE OF FILING

TO:  No appearances have been filed

**PLEASE TAKE NOTICE** that on the 28th day of February, 2008, **Cook County Sheriff's Certificate of Service of Summons on Travelers Casualty and Surety Company of America** was sent to be filed with the Clerk of the United States District, Northern District of Illinois, a copy of which is attached hereto and hereby served upon you.

Jennifer A. Nielsen

Jennifer A. Nielsen
Heidi D. Melzer
Lyman & Nielsen, LLC
1301 West 22nd Street, Suite 914
Oak Brook, IL 60523
T: 630/575-0020
F: 630/575-0999
Attorney No. 91187

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

North Shore Sanitary District for the use
and benefit of Great American Insurance
Company,

CASE NUMBER: 07 C 6322

V.

ASSIGNED JUDGE: Judge Zagel

Travelers Casualty and Surety Company
of America,

DESIGNATED
MAGISTRATE JUDGE: Judge Cox

TO: (Name and address of Defendant)

Travelers Casualty and Surety Company of America
Michael T. McRaith, Director of Insurance
James R. Thompson Center
100 W. Randolph St., Ste. 9-301
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer A. Nielsen
Ryan A. Hiss
Lyman & Nielsen, LLC
1301 West 22nd Street, Suite 914
Oak Brook, IL 60523
Tel:630/575-0020    Fax:630/575-0999

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JAN 17 2008

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** ||
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| Check one box below to indicate appropriate method of service ||

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                      Date              *Signature of Server*

                                            _____
                                            *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
TYPE LAW            SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS           DISTRICT 013

                                                                        STROM 3696
SHERIFF'S NUMBER 947958-001D  CASE NUMBER 07C6322      DEPUTY: _____

FILED DT 01-17-2008  RECEIVED DT 01-28-2008  DIE DT 02-13-2008  MULTIPLE SERVICE  1
     DEFENDANT                                   ATTORNEY
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA  JENNIFER A. NIELSEN/LYMAN & NI
100 W RANDOLPH ST                                1301 W. 22ND ST.      FOREIGN
CHICAGO IL. 60601                                OAK BROOK IL. 60523
STE. 9-301                                       630 575-0020
PLAINTIFF NORTH SHORE SANITARY DIST

SERVICE INFORMATION: CF C/O MICHAEL T. MCRAITH, D.O.I.-20.00, THOMPSON CENTER

************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
..X..3 SERVICE ON:  CORPORATION  COMPANY  BUSINESS  PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

     1  SEX  M/F    RACE  H    AGE  45
     2  NAME OF DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
        WRIT SERVED ON  Tim Ceng
        THIS  6  DAY OF  FEB  20 08  TIME 2:15 A.M. P.M.              FILED
                                                                     MAR 03 2008
     ADDITIONAL REMARKS _____
                                                                     MICHAEL W. DOBBINS
************************************************************************  CLERK, U.S. DISTRICT COURT
THE NAMED DEFENDANT WAS NOT SERVED

     TYPE OF BLDG _____        ATTEMPTED SERVICES

     NEIGHBORS NAME _____        DATE        TIME  A.M./P.M.

          ADDRESS _____                    :

              REASON NOT SERVED:                         :
                     07 EMPLOYER REFUSAL
     01 MOVED        08 RETURNED BY ATTY                 :
     02 NO CONTACT   09 DECEASED
     03 EMPTY LOT    10 BLDG DEMOLISHED                  :
     04 NOT LISTED   11 NO REGISTERED AGT.
     05 WRONG ADDRESS 12 OTHER REASONS                   :
     06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                                         :

FEE  .00    MILEAGE  .00   TOTAL  .00                              SG20
```