# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6322

North Shore Sanitary District f/u/b
Great American Insurance Company, Plaintiff,

vs.

Travelers Casualty and Surety Company of America,
                                      Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

| | |
|---|---|
| NAME (Type or print) | DONNA R. HENDERSON |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Donna R. Henderson |
| FIRM | HENDERSON & HENDERSON, P.C. |
| STREET ADDRESS | 700 S. Lewis Avenue |
| CITY/STATE/ZIP | Waukegan, Illinois 60085 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 01185276 | TELEPHONE NUMBER 847/623-7880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |