IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| North Shore Sanitary District f/u/b Great American Insurance Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case. No: 07 C 6322 |
| Travelers Casualty and Surety Company of America, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING**

TO:  Ms. Jennifer A. Nielsen
jnielsen@lymannielsen.com
Mr. Ryan A. Hiss
rhiss@lymannielsen.com
LYMAN & NIELSEN
1301 West 22nd Street, Suite 914
Oak Brook, IL 60523

PLEASE TAKE NOTICE that on March 11, 2008, I filed the enclosed Defendant's Appearance, Motion to Stay under *Colorado River*, and Memorandum in Support of its Motion to Stay under *Colorado River*, by Electronic Filing in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL 60604.

/s/Donna R. Henderson

Donna R. Henderson
J. John Henderson
HENDERSON & HENDERSON, P.C.
700 S. Lewis Avenue, Waukegan, IL 60085
(847) 623-7880
donna@hendersonandhendersonlaw.com