IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

RIGGING SERVICES, INC., AND ZION TOWNSHIP )
SLUDGE RECYCLING FACILITY SERVICES, INC., )
F/U/B RIGGING SERVICES, INC., )
                   Plaintiffs, )
     v. )   No. 05-CH-2095
INTERSTATE WELDING & FABRICATION, INC., )
ZION TOWNSHIP SLUDGE RECYCLING FACILITY )
SERVICES, INC., JOSEPH J. HENDERSON & SON, )
INC., AND GREAT AMERICAN INSURANCE )
COMPANY, )
                   Defendants. )
_____ )
GREAT AMERICAN INSURANCE COMPANY, )
for itself and as assignee and subrogee of )
INTERSTATE WLEDING & FABRICATION, INC. )
And the NORTH SHORE SANITARY DISTRICT )
for the use and benefit of GREAT AMERICAN )
INSURANCE COMPANY as assignee and subrogee of )
INTERSTATE WELDING & FABRICTION INC., )
                  Counter-Plaintiff, )
     v. )
JOSEPH J. HENDERSON & SONS, INC. )
                  Counter-Defendant. )



**AGREED ORDER**

Counter-Plaintiff Great American Insurance Company having filed a counterclaim to foreclose a public mechanics' lien against named Counter-Defendant JOSEPH J. HENDERSON & SON, INC., which requests relief in the form of an order directing the North Shore Sanitary District to pay $579,391.25 to Counter-Plaintiff Great American Insurance Company in liened funds, and North Shore Sanitary District desiring to pay over to the Clerk of the Court said sum sufficient to pay the amount claimed by Counter-Plaintiff Great American Insurance Company to the Clerk of the Circuit Court, to retain pending judgment or other order of the Court regarding the counterclaim pursuant to the provisions of Section 23(b) of the Illinois Mechanics Lien Act, and no party objecting to the payment of the liened sum into court as statutorily provided;

IT IS HEREBY ORDERED THAT the North Shore Sanitary District is directed to pay $579,391.25 to the Lake County Circuit Clerk within five days of the entry of this order. Said payment shall satisfy the North Shore Sanitary District's Section 23(b) obligations concerning Counter-Plaintiff Great American Insurance Company's lien claim. The clerk is directed to retain the deposited funds until further order of this Court.

EXHIBIT "C"

DATE:

Approved as to form:

_____
JUDGE

*Joel A Benoit*
North Shore Sanitary District
By: Joel A. Benoit
(217) 528-2517
ARDC No. 6209616

*Donna R Henderson*
Joseph J. Henderson & Son, Inc.
By: Donna R. Henderson
(847) 623-7880
ARDC No. 01185276

*T Scott Leo*
Great American Insurance Company
By: T. Scott Leo
(312) 857-0910
ARDC No. 3127352

C:\Mapa\NSSD\jjhnssdgaicAgreedOrder5-18-07.doc/crk 5/22/07 4:15 pm

**CERTIFICATION**

I, Sally D. Coffelt, Clerk of the 19th Judicial Circuit Court, Lake County, Illinois, do hereby certify this to be a true and correct copy as it appears from the records and files in my office. IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE 3/10/08

*Sally D Coffelt*
Sally D. Coffelt, Clerk

By: _____
Deputy Clerk