CHANGE ORDER ANALYSIS

DRAFT/PRELIMINARY
CLIENT WORK PRODUCT - CONFIDENTIAL AND PRIVILEGED

| # | IWF Change Order # | NSSD Change Order # | Description | Original Amount | Revised Amount | Difference | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 0001.1 | 00021 | Column splice changes to columns B.2.8 and C.2.8: Pieces BC1005, BC1008, BC1013, BC1014 | $7,538.48 | $7,538.48 | $0.00 | To be resubmitted as-is |
| 2 | 00002 | | | | | | number not used |
| 3 | 00003 | | | | | | number not used |
| 4 | 00004.1 | 00022 | RFI # 142: Addition of Level 4 Beam, Area C: Bracing Revisions at Column Line B.2.8 and C.2.8: Angle Kickers at Roof Framing Area E. | $6,244.44 | $4,936.80 | ($1,307.64) | Adjusted to reflect a standard cost for re-detailing instead of charging by the hour, also conformed to unit coats based on the per-lb price. Weights of steel adjusted to conform to engineers estimate of weight because no material invoices are available. |
| 5 | 00005.2 | 00023 | Area E; Added Beam, EB3200 (W14x43) | $5,483.84 | $5,055.60 | ($428.24) | Recalculated using a per piece re-detailing charge and combined with per pound prices promoted by Donohue. |
| 6 | 00006 | | | | | | number not used |
| 7 | 00007.2 | 00024 | RFI # 135; Revised Bracing at Column Line # 3; Door Conflicts | $3,681.05 | $4,408.69 | $727.64 | Recalculated using a per piece re-detailing charge and combined with per pound prices promoted by Donohue. |
| 8 | 00008.2 | 00025 | Modifications to mezzanine framing at EL 49; RFI # 147. | $9,467.15 | $4,367.77 | ($5,099.38) | Recalculated using a per piece re-detailing charge and combined with per pound prices promoted by Donohue. There is no support including shop time-sheets that can substantiate the shop hours nor is there enough information to substantiate a greater amount of steel weight included in the changes. |
| 9 | 00009.2 | | | $2,070.00 | $2,070.00 | $0.00 | |
| 10 | 00010.1 | 00026 | Addition of steel post; Re-Detailing of 6 structural pieces | $1,880.18 | $1,943.04 | $62.86 | Recalculated using a per piece re-detailing charge and combined with per pound prices promoted by Donohue. |

EXHIBIT "D"

GA 119

CHANGE ORDER ANALYSIS

DRAFT/PRELIMINARY
CLIENT WORK PRODUCT - CONFIDENTIAL AND PRIVILEGED

| | IWF Change Order # | NSSD Change Order # | Description | Original Amount | Revised Amount | Difference | Comments |
|---|---|---|---|---|---|---|---|
| 11 | 00011.2 | 00027 | modifications to Area D Framing | $9,672.93 | $1,521.30 | ($8,151.63) | Recalculated using a per piece re-detailing charge and combined with per pound prices promoted by Donohue. There is no support including shop time-sheets that can substantiate the shop hours nor is there enough information to substantiate a greater amount of steel weight included in the changes. |
| 12 | 00012.2 | 00028 | Modifications to Area E Framing | $12,224.63 | $2,663.42 | ($9,561.21) | Recalculated using a per piece re-detailing charge and combined with per pound prices promoted by Donohue. There is no support including shop time-sheets that can substantiate the shop hours nor is there enough information to substantiate a greater amount of steel weight included in the changes. |
| 13 | 00013 | | | | | | number not used |
| 14 | 00014.1 | 00029 | Modifications per JJ Henderson Change Order # 2 | $3,515.73 | $2,316.50 | ($1,199.23) | Recalculated using a per piece re-detailing charge and combined with per pound prices promoted by Donohue. |
| 15 | 00015.1 | 00030 | Revision to Canopy in Area D | $561.20 | $838.20 | $277.00 | Recalculated using a per piece re-detailing charge and combined with per pound prices promoted by Donohue. |
| 16 | 00016.2 | 00031 | Changes per Donohue memo of 12/21/04; horizontal & vertical bracing. | $126,330.48 | $87,672.09 | ($38,658.39) | Adjustments made after compiling actual hours expended for re-detailing were retrieved from the time recording software at IWF. Substituted a per piece, or per sheet, price for re-detailing and recalculated other items using unit prices promoted by Donohue, on a per pound basis, except for re-detailing. |
| 17 | 00017.1 | 00032 | Modifications to the monorail location | $736.00 | $781.00 | $45.00 | Recalculated at a unit price for re-detailing by the piece rather than charging by the hour since there is not enough timesheet documentation to support the hourly charge. |

GA 120

CHANGE ORDER ANALYSIS

DRAFT/PRELIMINARY
CLIENT WORK PRODUCT - CONFIDENTIAL AND PRIVILEGED

| | IWF Change Order # | NSSD Change Order # | Description | Original Amount | Revised Amount | Difference | Comments |
|---|---|---|---|---|---|---|---|
| 18 | 00018 | | Re-Detailing of Checkered Plate | $147,940.89 | $0.00 | ($147,940.89) | At this time this RCO is not to be resubmitted; there does not appear to be any direct support for the amount claimed. The drawing log does not offer a clear chronological sequence for the submittal submissions and the subsequent approvals. It would take a great deal more information to show that changes made to the structural steel precipitated these change to the checkered plate. |
| 19 | 00019 | | | | | | number not used |
| 20 | 00020 | | | | | | number not used |
| 21 | 00021 | Combined | Authorized Field Work | $6,545.70 | $6,197.40 | ($348.30) | Combined these four RCO's since they were all relative to extra field work performed on a T&M basis. Also, modified to only include those extra work orders that have been executed by J J |
| 22 | 00022 | | Authorized Field Work | | | | |
| 23 | 00023 | | Authorized Field Work | | | | |
| 24 | 00024 | | Authorized Field Work | | | | |
| 25 | 00025 | | Re-Detailing of Stairs and Rails after approval | $35,434.38 | $35,434.38 | $0.00 | To be resubmitted as-is (this one is a questionable, there needs to be a better support for the chronology of the submittals and approvals, which currently is not evident) |
| 26 | 00026 | | | | | | number not used |
| 27 | 00027 | | | | | | number not used |
| 28 | 00028 | | Modifications To Handrail Mounting | $37,965.78 | $37,965.78 | $0.00 | To be resubmitted as-is |
| 29 | 00029 | | Additional field labor, structural steel changes | $42,929.51 | $28,146.80 | ($14,782.71) | Modified to include only those extra work orders that have been executed by J J Henderson. |
| | | | Total | $460,222.37 | $233,857.25 | ($226,365.12) | |

GA 121