IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

North Shore Sanitary District f/u/b
Great American Insurance Company,

        Plaintiff,

vs.                            Case. No: 07 C 6322

Travelers Casualty and Surety
Company of America,

        Defendant.

## NOTICE OF MOTION

TO:   Ms. Jennifer A. Nielsen
       jnielsen@lymannielsen.com
       Mr. Ryan A. Hiss
       rhiss@lymannielsen.com
       LYMAN & NIELSEN
       1301 West 22nd Street, Suite 914
       Oak Brook, IL 60523

On March 25, 2008, at 10:15 A.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present the attached DEFENDANT's MOTION TO STAY UNDER *COLORADO RIVER* with Memorandum in Support.

/s/ Donna R. Henderson

Donna R. Henderson
J. John Henderson
HENDERSON & HENDERSON, P.C.
700 S. Lewis Avenue
Waukegan, Illinois 60085
847/623-7880

CERTIFICATE OF ATTORNEY

I, Donna R. Henderson, an attorney, certify that on March 11, 2008, I served a copy of this Notice of Motion, Motion for Stay, and Memorandum in support of Motion for Stay upon the parties on the below electronic service list and also on the parties listed below by depositing a true and correct copy in the U.S. Mail, postage prepaid, addressed as below.

Jennifer Ann Nielsen
Bedrava, Lyman & Van Epps
1301 West 22nd Street
Suite 914
Oak Brook, IL 60523-2018
(630) 575-0020
jnielsen@lymannielsen.com

Ryan A. Hiss
Lyman & Nielsen
1301 W. 22nd Street
Suite 914
Chicago, IL 60523
(630) 575-0020
rhiss@lymannielsen.com

/s/Donna R. Henderson
Attorney

Donna R. Henderson
Joseph J. Henderson
Henderson & Henderson, P.C.
700 S. Lewis Avenue
Waukegan, IL 60085
(847) 623-7880
donna@hendersonandhendersonlaw.com