UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

| | |
|---|---|
| North Shore Sanitary District for the use and benefit of Great American Insurance Company<br><br>Plaintiff,<br><br>v.<br><br><br>Travelers Casualty and Surety Company of America<br><br>Defendant. | Case No.: 1:07−cv−06322<br>Honorable James B. Zagel |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

  MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 3/25/2008. MOTION by Defendant Travelers Casualty and Surety Company of America to stay [10] response due by 4/22/2008. Reply due by 5/6/2008. Leave to file an additional appearance is granted. Status hearing set for 6/6/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.