IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| North Shore Sanitary District for the use and benefit of Great American Insurance Company,<br><br>    *Plaintiff*<br><br>    v.<br><br>Travelers Casualty and Surety Company of America,<br><br>    *Defendant*. | Case No.: 07 C 6322<br>Assigned Judge: Judge Zagel<br>Designated Magistrate Judge: Judge Cox |

## NOTICE OF FILING

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on the 22nd day of April, 2008, **North Shore Sanitary District for the Use and Benefit of Great American Insurance Company's Response to Traveler's Motion to Stay** was e-filed with the Clerk of the United States District, Northern District of Illinois, a copy of which is attached hereto and hereby served upon you.

                                                    s/Jennifer A. Nielsen

Jennifer A. Nielsen
Ryan A. Hiss
Lyman & Nielsen, LLC
1301 West 22nd Street, Suite 914
Oak Brook, IL 60523
T: 630/575-0020
F: 630/575-0999
Attorney No. 6224821

## PROOF OF SERVICE

    I hereby certify that North Shore Sanitary District for the Use and Benefit of Great American Insurance Company's Response to Traveler's Motion to Stay was served upon the counsel of record by using the Court's ECF notification system.

*North Shore Sanitary District for the use and benefit of Great American Insurance Company v.*
*Travelers Casualty and Surety Company of America*
Case No.: 07 C 6322

## SERVICE LIST

| | |
|---|---|
| Jennifer A. Nielsen<br>Ryan A. Hiss<br>Lyman & Nielsen, LLC<br>1301 West 22nd Street, Suite 914<br>Oak Brook, IL 60523<br>T: 630/575-0020<br>F: 630/575-0999<br><br>Attorney for: North Shore Sanitary District for the use and benefit of Great American Insurance Company | Donna R. Henderson<br>Henderson & Henderson<br>700 South Lewis Avenue<br>Waukegan, IL 60085<br>T: 847/623-7880<br>F: 847/623-7965<br><br>Attorney for: Travelers Casualty and Surety Company of America |