STATE OF ILLINOIS } ss
COUNTY OF LAKE }

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Great American

vs.

Interstate et al.

FILED
MAY 18 2007
*[signature]*
CIRCUIT CLERK

Gen. No. ~~06 CH 2504~~
06 CH 2505
06 CH 2506
06 CH 2507
06 CH 2508
06 CH 2510
06 CH 2511
06 CH 2512

**ORDER**

These causes coming before the Court on the Special Progress Call, orders having heretofore been entered in each case granting the prob. 2-619 Motions of Defendant, Joseph J. Henderson + Son, Inc., to Dismiss and granting Plaintiff leave to file its Amended Complaint by May 7, 2007, and failing that, these causes shall be dismissed with prejudice; it appearing to the Court that no Amended Complaints were filed in these causes.

It is ordered that the above captioned causes of action be and they are hereby Dismissed with prejudice.

Dated at Waukegan, Illinois this 18 day of May, 2007.

ENTER Mitchell L. Hoffman
_____
Judge

ORDER PREPARED BY: John Henderson
(Please Print Name and Address)
300 S. Lewis
Wkgn 60085

171-94 rev 1/00

STATE OF ILLINOIS ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

_Great American Inc. Co_
_as subrogee of AMETCO_
_Mfg. Corp_          vs.
_Fabricated Welders Fabricators_
_and Jodi J. Henderson_
_& Son Inc._

FILED APR 05 2007
_Sally D. Coffelt_
CIRCUIT CLERK

No. 06 CH 2505

## ORDER

This cause coming on to be heard on Henderson's combined 2-619 and 2-615 motion to dismiss with prejudice, parties present by counsel, argument having been had,

IT IS HEREBY ORDERED THAT the Motion to Dismiss is granted, that the Plaintiff is given 30 days to file an amended Complaint and if no such amended Complaint is filed within that 30-day period, the dismissal of the Complaint shall become final and with prejudice as of May 7, 2007.

Dated at Waukegan, Illinois this 5th day of April, 20___.

ENTER:
Mitchell L. Hoffman
Judge

ORDER PREPARED BY: Donna R Henderson
(Please Print Name and Address)
300 S Lewis Ave
Waukegan, IL 60085

171-94 rev 1/00

STATE OF ILLINOIS   )
                    ) ss
COUNTY OF LAKE      )

### IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
### LAKE COUNTY, ILLINOIS

Great Amer. Ins Co. as
Assignee of Arlo Gray

vs.

JWF and
Jos. J. Henderson Jr.

Gen. No. 2506

FILED
APR 05 2007
Sally D. Coffelt
CIRCUIT CLERK

### ORDER

This cause coming on to be heard on Defendant Jos. J. Henderson's combined 2-619 or 2-615 Motion to Dismiss with prejudice the Complaint, parties present by counsel, argument having been had, the Court,

IT IS HEREBY ORDERED THAT the Motion to Dismiss is granted, that the Plaintiff is given 30 days to file an amended Complaint, and if no such amended Complaint is filed within that 30-day period the dismissal of the Complaint shall become final and with prejudice as of May 7, 2007.

Dated at Waukegan, Illinois this 5th day of April, 2007

ENTER:

_Mitchell L. Hoffman_
Judge

ORDER PREPARED BY: Donna C Henderson
(Please Print Name and Address)
100 S. Lewis
Waukegan, IL 60085

171-94 rev 1/00

STATE OF ILLINOIS ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Great Amer Ins. Co
as Assignee of KROPP Equipment Inc

vs.

JWF and
Jos. J. Henderson & Son, Inc.

Gen. No. 06 CH 2507

FILED
APR 05 2007
[signature]
CIRCUIT CLERK

ORDER

This cause coming on to be heard on Defendant Henderson's Combined 2-619 and 2-615 Motion to Dismiss the Complaint with prejudice, parties present by counsel, argument having been had,

IT IS HEREBY ORDERED THAT the Motion to Dismiss is granted, that the Plaintiff is given 30 days to file an amended Complaint, and if no such amended Complaint is filed within that 30-day period, the dismissal of the Complaint shall become final and with prejudice as of May 7, 2007.

Dated at Waukegan, Illinois this
5th day of April, 2007.

ENTER: Mitchell L. Hoffman
_____
Judge

ORDER PREPARED BY: Donna R. Henderson
(Please Print Name and Address)
7065 Lewis Ave
Waukegan IL 60085

171-94 rev 1/00

STATE OF ILLINOIS ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

GMC as Assignee
for Lindgren North America

vs.

IWF and
Jos. J. Henderson & Son, Inc.

**FILED**
APR 05 2007
Sally D. Coffelt
CIRCUIT CLERK

Gen. No. 06 CH 2509

### ORDER

This cause coming on to be heard on Defendant Henderson's combined 2-619 and 2-615 Motion to Dismiss, parties present by counsel, argument having been had, it is HEREBY ORDERED that the Motion to Dismiss is granted, that the Plaintiff is given 30 days to file an amended complaint, and if no such amended complaint is filed within that 30-day period, the dismissal of the complaint shall become final and with prejudice as of May 7, 2007.

Dated at Waukegan, Illinois this 5th day of April, 2007.

ENTER:
Mitchell L. Hoffman
Judge

ORDER PREPARED BY: Donna R Henderson
(Please Print Name and Address)
700 S. Lewis
Waukegan IL 60085

171-94 rev 1/00

STATE OF ILLINOIS ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

CMC as Assignee
for Reelsville Speedy

vs.

IWF and
Jos. J. Henderson & Son, Inc.

FILED APR 05 2007
Sally D. Coffelt
CIRCUIT CLERK

Gen. No. 2510

ORDER

This cause coming on to be heard on Defendant Henderson's Combined 2-619 and 2-615 Motion to Dismiss with prejudice, parties present by counsel, argument having been had,

IT IS HEREBY ORDERED that the Motion to Dismiss is granted, that the Plaintiff is given 30 days to file an amended Complaint, and if no such amended pleading is filed within that period, the dismissal of the Complaint shall be with prejudice and final as of May 7, 2007.

Dated at Waukegan, Illinois this 5 day of April, 2007.

ENTER:

Mitchell L. Hoffman
Judge

ORDER PREPARED BY: Donna R. Henderson
(Please Print Name and Address)
700 S. Lewis Ave
Waukegan IL 60085

171-94 rev 1/00

STATE OF ILLINOIS ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

GMC as Assignee
of TNEMEC Co, Inc

vs.

IWF and

Jos. J. Henderson & Son, Inc.

**FILED APR 05 2007**
Sally D Coffelt
CIRCUIT CLERK

Gen. No. 2511

## ORDER

This cause coming on to be heard on Defendant Henderson's Combined 2-619 and 2-615 Motion to Dismiss with prejudice the Complaint, parties present by counsel, and argument having been had,

IT IS HEREBY ORDERED that the Motion to Dismiss is granted, that the Plaintiff is given 30 days to file an amended pleading, and if no such amended pleading is filed within that period, the dismissal of the Complaint shall be final and with prejudice as of May 7, 2007.

Dated at Waukegan, Illinois this
5th day of April, 2007.

ENTER:

_____
Mitchell L. Hoffman
Judge

ORDER PREPARED BY: Donna R. Henderson
(Please Print Name and Address)
700 S. Lewis Ave
Waukegan, IL 60085

171-94 rev 1/00

STATE OF ILLINOIS ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

ATIC as Assignee
of Wisconsin Steel Cont.
          vs.
IWF and
Jos. J. Henderson, & Son, Inc.

FILED
APR 05 2007
Sally D. Coffelt
CIRCUIT CLERK

Gen. No. 2512

**ORDER**

This cause coming on to be heard on Defendants Henderson's combined 2-619 and 2-615 motion to Dismiss with prejudice the Complaint, parties present by counsel, due argument having been had;

IT IS HEREBY ORDERED that the Motion to Dismiss is granted, that the Plaintiff is given 30 days to file an amended pleading, and if no such pleading is filed within that period, the dismissal of the Complaint shall be final and with prejudice as of May 7, 2007.

Dated at Waukegan, Illinois this
5th day of April, 2007.

ENTER:
Mitchell L. Hoffman
            Judge

ORDER PREPARED BY: Donna R. Henderson
(Please Print Name and Address)
900 S. Lewis
Waukegan, IL 60085

171-94 rev 1/00