IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| North Shore Sanitary District for the use and benefit of Great American Insurance Company,<br><br>Plaintiff,<br>v.<br><br>Travelers Casualty and Surety Company of America,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 07 C 6322<br>) Assigned Judge: Judge Zagel<br>) Designated Magistrate Judge: Judge Cox<br>)<br>)<br>) |

## NOTICE OF FILING

TO:    Attached Service List

PLEASE TAKE NOTICE that on the 6th day of May, 2008, Travelers Casualty and Surety Company of America's Reply in Support of Motion to Stay was e-filed with the Clerk of the United States District, Northern District of Illinois, a copy of which is attached hereto and hereby served upon you.

s/ Donna R. Henderson

Donna R. Henderson
Joseph John Henderson
HENDERSON & HENDERSON, P.C.
700 S. Lewis Avenue
Waukegan, IL  60085
(847) 623-7880
Attorney No. 01185276

## PROOF OF SERVICE

I hereby certify that Travelers Casualty and Surety Company of America's Reply in Support of Motion to Stay was served upon the counsel of record by using the Court's ECF notification system.

1

*North Shore Sanitary District for the use and benefit of Great American Insurance Company v. Travelers Casualty and Surety Company of America*
Case No.: 07 C 6322

## SERVICE LIST

| | |
|---|---|
| Jennifer A. Nielsen<br>Ryan A. Hiss<br>Lyman & Nielsen, LLC<br>1301 West 22nd Street, Suite 914<br>Oak Brook, IL 60523<br>T: 630/575-0020<br>F: 630/575-0999 | Donna R. Henderson<br>Joseph John Henderson<br>Henderson & Henderson, P.C.<br>700 S. Lewis Avenue<br>Waukegan, IL 60085<br>T: 847/623-7880<br>F: 847/623-7965 |
| Attorneys for: North Shore Sanitary District for the use and benefit of Great American Insurance Company | Attorneys for: Travelers Casualty and Surety Company of America |