UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

North Shore Sanitary District for the use and benefit of
Great American Insurance Company
                                                    Plaintiff,
v.                                                  Case No.:
                                                    1:07−cv−06322
                                                    Honorable James B. Zagel

Travelers Casualty and Surety Company of America
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

MINUTE entry before the Honorable James B. Zagel:Status hearing held on 6/6/2008. Motion to stay [10] is granted for the reasons stated in open court. Status hearing set for 10/29/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.