IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| North Shore Sanitary District for the use and benefit of Great American Insurance Company,<br><br>*Plaintiff*<br><br>v.<br><br>Travelers Casualty and Surety Company of America,<br><br>*Defendant.* | Case No.: 07 C 6322<br>Assigned Judge: Judge Zagel<br>Designated Magistrate Judge: Judge Cox |

## ORDER TO DISMISS

This matter coming to be heard on the Plaintiff's Motion to Voluntarily Dismiss this action pursuant to 41(a)(1), the court advised and due notice provided,

It is hereby Ordered:

This matter is voluntarily dismissed without costs to the parties pursuant to a written settlement agreement concerning this action. The Plaintiff has 30 days from entry of this Order to reinstate this case in the event the obligations of the settlement agreement are not performed.

Date

_____

Jennifer A. Nielsen
Lyman & Nielsen, LLC
1301 West 22nd Street, Suite 914
Oak Brook, IL 60523
T: 630/575-0020
F: 630/575-0999
ARDC #: 6224821