IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| North Shore Sanitary District for the use and benefit of Great American Insurance Company, <br><br> *Plaintiff* <br><br> v. <br><br> Travelers Casualty and Surety Company of America, <br><br> *Defendant.* | Case No.: 07 C 6322 <br> Assigned Judge: Judge Zagel <br> Designated Magistrate Judge: Judge Cox |

### NOTICE OF MOTION

TO:  See Attached Service List

YOU ARE HEREBY NOTIFIED that on the **30th** day of **September**, **2008, at 10:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any other judge as may be holding Court in his absence, in Courtroom 2503 of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there to present:

#### Plaintiff's Motion to Voluntarily Dismiss

a copy of which is attached hereto, at which time you may appear if you so desire.

Date:  September 18, 2008

_____
Jennifer A. Nielsen

Jennifer A. Nielsen
Lyman & Nielsen, LLC
1301 West 22nd Street, Suite 914
Oak Brook, IL 60523
T: 630/575-0020
F: 630/575-0999
Attorney No. 6224821

1

**PROOF OF SERVICE**

     Dawn M. Butusov, being first duly sworn, deposes and states that she served the aforementioned document upon the parties of record, as shown above, by placing a copy of same in an envelope addressed to each party and placed in the U.S. Mail at Oak Brook, Illinois, at or about 5:00 p.m. on the 18th day of September, 2008.

*[signature]*

SUBSCRIBED and SWORN TO before
me this 18th day of September, 2008.

*[signature]*
Notary Public

OFFICIAL SEAL
JENNIFER A NIELSEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/21/09

*North Shore Sanitary District for the use and benefit of Great American Insurance Company v. Travelers Casualty and Surety Company of America*
Case No.: 07 C 6322

### SERVICE LIST

Jennifer A. Nielsen
Ryan A. Hiss
Lyman & Nielsen, LLC
1301 West 22nd Street, Suite 914
Oak Brook, IL 60523
T: 630/575-0020
F: 630/575-0999

Attorney for: North Shore Sanitary District for the use and benefit of Great American Insurance Company

Donna R. Henderson
Henderson & Henderson
700 South Lewis Avenue
Waukegan, IL 60085
T: 847/623-7880
F: 847/623-7965

Attorney for: Travelers Casualty and Surety Company of America